IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

IN RE: BK 07-71774-CMS-13

TAMEKA T. CHURCH
ALPHONSO RANCHER
    DEBTORS

## ORDER ON MOTION TO RECUSE

This matter came before the court on September 17, 2009, for hearing on the Motion to Recuse the Honorable C. Michael Stilson pursuant to 28 U.S.C. Section 455 filed by Tessie P. Clements (Attorney Clements). (Bk Docs. 91 and 92) In the motion Attorney Clements asserts that the court should recuse itself because the court filed a complaint against her with the Alabama State Bar. At the hearing Attorney Clements also asserted that the court should recuse itself because (1) the court is subject to undue influence exerted by the Bankruptcy Administrator and Chapter 13 Trustee as evidenced by its ruling against her in the underlying matter; and (2) the "powers that be" in the bankruptcy court control the FBI, her physical well being was threatened by the FBI, and the court has failed to take action against the FBI. At the hearing the court advised Attorney Clements that it did not file a complaint against her with the Alabama State Bar, had no knowledge of a complaint being filed prior to being advised of such by her motion, and directed no one to file a complaint. Subsequently, the court has learned that the complaint was filed anonymously.

At the hearing Attorney Clements provided no evidence that the court was being unduly influenced by either the Chapter 13 Trustee or the Bankruptcy Administrator. Adverse rulings in a proceeding are not evidence of bias or undue influence.

Attorney Clements appears to assert that her physical well being was threatened when two FBI agents came to her office while their guns were exposed. There was no other evidence concerning actions or statements made by the FBI agents which would constitute threats against Attorney Clements. Furthermore, there was no evidence as to who these "powers that be" are in the bankruptcy court that have control of the FBI. There was no evidence that the Bankruptcy Court Judge or anyone else has control over the actions of the FBI.

There being no evidence presented of any basis for the court to disqualify itself, and in fact there being no basis for the court to disqualify itself from hearing further proceedings, the court **DENIES** the Motion to Recuse.

**DONE and ORDERED** this October 7, 2009.

                                                      /s/ C. Michael Stilson
                                                    C. Michael Stilson
                                                    United States Bankruptcy Judge