**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO: 07-71774-CMS13 |
| TAMEKA T CHURCH | CHAPTER 13 |
| ALPHONSO RANCHER | |
| DEBTORS. | |

**TRUSTEE'S MOTION TO DISMISS AND NOTICE OF HEARING**

Comes now C. David Cottingham, Standing Trustee, in the above styled case and moves to dismiss this case and in support thereof represents to the Court as follows:

| | |
|---|---|
| __XX__ | The Debtors' payments are not current, resulting in a material default in plan payments pursuant to 11 U.S.C. 1307 (c)(6). |
| _____ | The Debtors' Plan is no longer feasible. |
| _____ | The Debtors' payments are insufficient to pay case within the time allowed by law. |
| _____ | The Trustee has received notice that the Debtors are deceased. |

WHEREFORE, the Trustee moves that this case be **DISMISSED**.

This the 20th day of April, 2011.        /s/ C. David Cottingham
                                          C. David Cottingham, Standing Trustee

---

**NOTICE OF HEARING**

Notice is hereby given that a hearing on the above styled motion will be held on Tuesday the 14th day of June, 2011, at 9:00 a.m. in the US BANKRUPTCY COURT, FEDERAL COURT HOUSE, 1118 GREENSBORO AVENUE, TUSCALOOSA, AL 35401-    .

---

Certificate of Service

A copy of the foregoing Motion has been filed with the Court. I hereby certify that I have served a copy of the foregoing Motion on the Debtors and Debtors' Attorney by mailing a copy of the same with adequate postage thereon or by electronic means when available:

This the 20th day of April, 2011.        /s/ C. David Cottingham
                                          C. David Cottingham, Standing Trustee