**Van−020** [Notice of Hearing] (Rev. 06/08)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, WESTERN DIVISION

**In re:**  **Case No.** 07−71774−CMS13
Tameka T Church  **Chapter** 13
**SSN:** xxx−xx−5685
Alphonso Rancher
**SSN:** xxx−xx−2488
    **Debtor(s)**

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

Trustee's Motion to Dismiss Case for Failure to Make Plan Payments −Dkt. #142

**Date: Tuesday, June 14, 2011**      **Time: 09:00 AM**

**Location: Room 358, Federal Courthouse, 1118 Greensboro Ave, Tuscaloosa, AL 35401**

Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non−evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance is not required if a settlement has been reached and filed with the Court by an attorney prior to the hearing date.

Dated: April 21, 2011      By:

    Scott W. Ford, Clerk
    United States Bankruptcy Court

mam